[Nos. 17978-8-III; 20359-0-III. Division Three. November 13, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS RANDALL HARGROVE, *Appellant*.
*In the Matter of the Personal Restraint of* THOMAS R. HARGROVE, *Petitioner*.

Appeal from a judgment of the Superior Court for Grant County, No. 98-1-00314-9, Jack Burchard, J., entered October 9, 1998, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Kato, J., concurred in by Sweeney and Schultheis, JJ.

[No. 18864-7-III. Division Three. November 13, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. DUSTIN GENE ABRAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 99-8-00368-1, John M. Antosz, J., entered September 22, 1999. *Reversed* by unpublished opinion per Brown, A.C.J., concurred in by Schultheis and Kato, JJ.

[No. 19275-0-III. Division Three. November 13, 2001.]

PATRICK RUSSELL, ET AL., *Respondents*, v. JOHN JEFFERS, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Asotin County, No. 98-2-00252-8, John M. Lyden, J., entered July 24, 2000. *Affirmed in part* and *reversed in part* by unpublished opinion per Kato, J., concurred in by Kurtz, C.J., and Schultheis, J.